IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT J. WRIGHT,

    Plaintiff,

v.                                    Case No. 19-CV-37

SHAUN FUNK et al.,

    Defendants.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Defendants, by their attorneys, Wisconsin Attorney General Joshua L. Kaul and Assistant Attorney General Eliot M. Held, hereby move the Court, pursuant to Fed. R. Civ. P. 56, for an order for summary judgment. The grounds for this motion are set forth in the accompanying Brief in Support of Defendants' Motion for Summary Judgment, Defendants' Proposed Findings of Fact, and supporting declarations and exhibits.

Plaintiff is hereby notified that if he does not oppose the moving party's proposed facts that properly rely on evidentiary submissions in the record, the Court will accept the facts as unopposed. Plaintiff is directed to Fed. R. Civ. P. 56 and the procedures set forth in this Court's Preliminary Pretrial Conference Order governing summary judgment procedure.

Dated this 30th day of March, 2020.

                                                Respectfully submitted,

                                                JOSHUA L. KAUL
                                                Attorney General of Wisconsin

                                                s/Eliot M. Held
                                                ELIOT M. HELD
                                                Assistant Attorney General
                                                State Bar #1079681

                                                Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-8554
(608) 267-8906 (Fax)
heldem@doj.state.wi.us