Notice of Appeal To A Court of Appeals From A Judgment Order of A District Court.

    United States District Court For The <u>Western</u>
    District of <u>Western</u>
    Case Number <u>19-cv-37-jdp</u>

| | |
|---|---|
| Robert J. Wright,<br>    Plaintiff,<br><br>V.<br><br>Shaun Funk, Joshua Kolbo,<br>And Ryan Neis,<br>    Defendants. | Notice of Appeal |

    Notice is hereby given that I, <u>Robert J. Wright, Plaintiff</u> Shaun Funk, Joshua Kolbo, and Ryan Neis, <u>Defendants.</u> in the above named case, hereby appeal to the United States Court of Appeals for the <u>Seventh</u> Circuit from the final judgment describing it entered in this action on the <u>23</u> day of <u>July</u>, 2020.

                                      Respectfully Submitted,
                                      Robert Wright #305094
                                      W.S.P.F.
                                      P.O. Box 1000
                                      Boscobel, WI 53805

U.S.C.A. - 7th Circuit RECEIVED AUG 14 2020

LEGAL CORRESPONDENCE

Notice of Appeal To A Court of Appeals From A Judgment Order
Of A District Court

    United States District Court For The Western
    District of Western
    Case Number 19-cv-37-jdp

Robert J. Wright,　　　　　　　　　)
    Plaintiff,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
V.　　　　　　　　　　　　　　　　　)　　　Notice of Appeal
　　　　　　　　　　　　　　　　　　)
Shaun Funk, Joshua Kolbo,　　　　　)
And Ryan Neis　　　　　　　　　　　)
    Defendants.　　　　　　　　　　)

Notice is hereby given that I, Robert J. Wright, Plaintiff, Shaun Funk, Joshua Kolbo, and Ryan Neis Defendants. in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgmentdescribing it entered in this action on the 23 day of July, 2020.

                                 Respectfully Submitted,
                                 Robert J. Wright#305094
                                 W.S.P.F.
                                 P.O. Box 1000
                                 Boscobel, Wi 53805

U.S.C.A. 7th Circuit RECEIVED AUG 14 2020

LEGAL CORRESPONDENCE